1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  ARTIS L. MOORE,                                           )
                                                            )
9          Petitioner,                                      )       2:15-cv-02067-RFB-NJK
                                                            )
10  vs.                                                      )       **ORDER**
                                                            )
11  BRIAN E. WILLIAMS, *et al.*,                             )
                                                            )
12          Respondents.                                    )
    _____/

13

14          Petitioner has submitted an application to proceed *in forma pauperis* (ECF No. 1) and a petition

15  for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court finds that petitioner is able to pay

16  the full filing fee of five dollars ($5.00).

17          **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No.

18  1) is DENIED.  Petitioner shall have **thirty (30) days** from the date that this order is entered to have the

19  filing fee of five dollars ($5.00) sent to the clerk of the court.  Failure to comply will result in the

20  dismissal of this action.

21          **IT IS FURTHER ORDERED** that the clerk of the court shall send petitioner two copies of this

22  order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached

23  to the check paying the filing fee.

24          Dated this 5th day of February, 2016.

25                                                          _____

26                                                          RICHARD F. BOULWARE, II
                                                            UNITED STATES DISTRICT JUDGE